In the Matter of SIDNEY ROSENBERG, Appellant, against PAUL Moss, as Commissioner of Licenses of the City of New York, Respondent.

Argued June 10, 1946; decided July 23, 1946.

*Howard A. Rosenberg* for appellant.

*John J. Bennett, Corporation Counsel* (*Seymour B. Quel* and *Stanley Buchsbaum* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. Taking no part: THACHER and DYE, JJ.